IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action **No. 15-cr-00197-JLK**

**UNITED STATES OF AMERICA,**

     Plaintiff,

v.

**1.**    **MICHAEL ERWIN DENMAN,**

     Defendant.

ORDER

Kane, J.

     This matter is before me on the defendant's Motion to Restrict Access (Doc. 41). Having reviewed the motion and the relevant pleadings and finding good cause appearing, the motion is GRANTED. Access to Docket Nos. 42, 43 and 44 shall be limited to the parties and the court pursuant to D.C.COLO.LCrR 47.1(A).

     Dated: April 19, 2016                        BY THE COURT:

                                                         ***/s/ John L. Kane***
                                                         Senior U.S. District Court Judge